RECEIVED
IN CLERK'S OFFICE
OCT - 7 2009
U.S. DISTRICT COURT
MID. DIST. TENN.

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
OCT - 7 2009
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNEESSE
_____DISTRICT

ANTHONY G. CLARKE
PAUL W MARSHALL
    PLAINTIFF(S)
V

PRESIDENT OF THE UNITED STATES BARRACK HUSSIEN OBAMA; IN RE
U.S. DEPT OF HOUSING AND URBAN DEVELOPMENT SECRETARY; SHAUN DONOVAN
U.S. DEPT. OF HEALTH AND HUMAN SERVICES; KATHELEEN SEBELIUS
    DEFENDANTS

3 09 0944

## MOTION FOR APPOINTMENT OF COUNSEL

I ANTHONY G. CLARKE, HEREBY REQUEST THE COURT TO APPOINT COUNSEL ON MY BEHALF IN THE ABOVE MENTIONED CASE.

*/s/ Anthony Clarke*

45 CROMWELL STREET
SAVANNAH, TN. 38370

(731) 438-7639

## AFFIDAVIT OF INDIGENCY

I HEREBY CERTIFY THAT IM CURRENTLY RECEIVING DISABILITY BENEFITS IN THE AMOUNT OF 672.00 MONTHLY.

I PAY 300.00 MONTHLY FOR RENT TO MY PARENTS FOR ROOM AND BOARD.

I PAY 200.00 MONTHLY FOR PHONE SERVICES WITH ATT.

I OWN NO PROPERTY OR

I HAVE NO BANK ACCOUNT

THEREFOR BASED ON THE ABOVE INFORMATION I REQUESTS THE COURT TO WAIVE ANY AND ALL FILING FEES IN THIS MATTER.

SIGNED */s/ Anthony Clarke*